THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOHN E. NORDIN II
Assistant United States Attorney
Assistant Chief, Civil Division
California Bar Number: 049680
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-3552
     Facsimile: (213) 894-7819
     Email:  John.Nordin@usdoj.gov

Attorney for Defendants Christina Poulos and Michael Chertoff

**MD JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Aihua Chen, | ) No. CV 07-01167 GW(JTLx) |
|    Plaintiff, | ) |
|      v. | ) |
| Christina Poulos and Michael Chertoff, | ) |
|    Defendants. | ) |

**ORDER DISMISSING ACTION**

**WITH PREJUDICE BASED UPON STIPULATION**

Aihua Chen - Order Dismissing Action (mj)
February 19, 2008

# **ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice and that the parties hereto shall bear their own costs and attorney's fees.

DATED: February 21, 2008

_____
GEORGE WU
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ John E Nordin II
_____
JOHN E. NORDIN II
Assistant United States Attorney
Assistant Chief, Civil Division

Attorneys for Defendants
Christina Poulos, et al.